IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL WALTER SMITH, et al.,

    Plaintiffs,

v.

MUTUAL OF ENUMCLAW INSURANCE CO.,

    Defendant.

No. 1:13-cv-1201-CL

ORDER

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (R&R), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with the R&R that plaintiffs cannot bring an action

1 - ORDER

against defendant until they submit to examinations under oath as required by defendant's insurance policy. See <u>Gerke v. Travelers Cas. Ins. Co. of Am.</u>, 815 F. Supp. 2d 1190, 1202 (D. Or. 2011).

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#19) is adopted. Defendant's motion for summary judgment (#9) is granted.

IT IS SO ORDERED.

DATED this 12 day of February, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER