IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL WALTER SMITH, et al.,

    Plaintiffs,

  v.

MUTUAL OF ENUMCLAW INSURANCE CO.,

    Defendant.

No. 1:13-cv-1201-CL

**JUDGMENT**

Based on the record, this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this **12** day of February, 2014.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT